**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**SIDDHI PATEL, AS ADMINISTRATOR OF THE ESTATE OF CHIRAYU VIJAY PATEL (DECEASED),**<br><br>**Defendant.** | **COMPLAINT**<br><br>**2:26-cv-13587**<br><br>**JURY TRIAL DEMANDED** |

## MOTION TO APPROVE CONSENT JUDGMENT

Plaintiff Securities and Exchange Commission ("Commission") respectfully moves this Court for an Order to Approve the Consent Judgment agreed to by Siddhi Patel, as Administrator of the Estate of Chirayu Vijay Patel (Deceased) ("Defendant"). The Defendant has consented to the entry of the proposed final judgment. A copy of the Consent executed by the Defendant and a proposed final judgment are attached.

For the foregoing reasons, the Commission requests that the Court grant its motion and enter the attached proposed final judgment.

Dated: New York, New York
October 19, 2026

/s/ Christopher M. Colorado
Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY 10004-2616
T: (212) 336-9143 (Colorado)
Email: coloradoch@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

I hereby certify this 19th day of October 2026, that I caused a true and correct copy of the Securities and Exchange Commission's Motion to Approve Consent Judgment of Defendant and proposed Final Judgment to be served upon the following party in the manner set forth below:

Derrelle M. Janey, Esq.
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
DJaney@olshanlaw.com

*Counsel for Defendant Siddhi Patel, as*
*Administrator of the Estate of Chirayu Vijay Patel (Deceased)*

(Via Email and Regular Mail)

/s/ Christopher M. Colorado