AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Securities and Exchange Commission
*Plaintiff*
v.
Patel
*Defendant*

Case No. 26 cv. 13587

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Securities and Exchange Commission .

Date: 10/20/2026

/s/ Lindsay Moilanen
*Attorney's signature*

Lindsay Moilanen
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
NY, NY 10004
*Address*

moilanenl@sec.gov
*E-mail address*

(212) 336-1100
*Telephone number*

*FAX number*